The next argument is in Appeal No. 05-7193, Veterans Law Group v. Department of Veterans There are three issues in this petition. Before you get to the issues, I understand that you brought a petition under Section 502 of the statute. That's correct. Now, when I read Section 502, it refers to action of the Secretary. But the document you complain about is a letter signed by a subordinate official. So my first question to you is, where do we have, in this case, any action by the Secretary? It is action that's taken on behalf of the Secretary. On behalf, I might agree with you, but the statute doesn't say on behalf. The statute says, I'm quoting, an action of the Secretary. And then it goes on to refer to the Administrative Procedures Act. And I'm doubting that in this case, in anything mentioned in your petition, there is an action of the Secretary. Well, Your Honor, a hypothetical that I think might help eliminate that is, that would essentially allow the Secretary to avoid review under the statute by delegating subordinates. No, no, no. 502 is a part of a series of sections. 501 says, in essence, the Secretary is authorized by us, the Congress, to issue rules and regulations. 502 says, in essence, when he does so, they can be challenged in the Federal Circuit. But here, we don't have the Secretary acting, and I don't think either that we have a rule or a regulation. So that the whole Chapter 5 doesn't seem to be properly invoked in your petition for review. Well, I believe that the statute was intended to allow this Court to review actions by the Department that are done on behalf of the Secretary that affect a rule or a regulation. I think that the fact that it is done by a subordinate may very well be one of many substantive errors in the way the rule is promulgated. But it should not deprive this Court of jurisdiction to review it if the purpose is to— Is it your view, then, that we would have 502 jurisdiction to review an action of any level of official, all the way from the Secretary down to the lowest-ranking person, I guess, in a regional office, because that person is acting, quote, on behalf of the Secretary? Absolutely not. Well, where would it stop? It would stop—the line to be drawn is whether the action purports to be or attempts to accomplish what only a rule or regulation can accomplish. Well, that has to do with whether it's a rule or regulation. I'm asking about what official is covered by 502. And you're saying, well, anybody acting, quote, on behalf of the Secretary would count. That would seem to include every single level of official, all the way down to the lowest-ranking official in the VA. That doesn't seem to me to be what Congress was focusing on in 501 or 502. Respectfully, I don't believe that you can separate the two clauses that way. I think it's that the purpose of the statute is to give review over rules and regulations. I'm just dealing with the language of the statute. I understand. I can't get into the mind of the congressman who voted on it. The statute says what it says. I'm trying to be a lawyer and interpret what those words logically would mean in context. And I think a broader context— Where do we have a rule or a regulation here? We have a letter issued by somebody to some subordinate officials. How is that a rule or regulation? Your Honor, because the sole and explicit purpose of that rule— I don't care what the purpose was. How is an internal memo—I guess it's called a circular—that goes to the regional offices, how is that a rule or regulation for purposes of the Administrative Procedures Act? Because it's designed to affect and alter payment patterns across the country. It's designed to change the environment. That's in your mind. That's in your mind. All I see is a letter signed by an undersecretary. It doesn't look like a regulation. It doesn't look like a rule. It looks like some kind of housekeeping document requiring two people to review certain kind of decisions as distinct from only one person reviewing that kind of decision. Respectfully, Your Honor, it actually is explicit in the circular itself that this is a response to a study that had been conditioned. It doesn't make any difference. It doesn't become a rule or regulation because of what the goal may be or may not be. Well, Your Honor— The Administrative Procedures Act plainly doesn't apply to every document issued by an official of an agency. It only applies to certain what I'll call major documents like formal rulemaking documents and certain other things enumerated in 552A1, I guess it is. Your Honor, with all due respect, the courts have not followed an agency's characterization of its action as rule or non-rule. I'm not suggesting that we should follow the agency's characterization. I'm saying when you look to the substance of the letter, it looks to me like it's housekeeping. If it's housekeeping, it's not comparable to regulation or a rule changing, for example, the criteria for awarding benefits. Well, here, Your Honor, I think the test is very clearly whether the action has a substantial impact on the public. And there you do look at the— Who's the client? The client— Who's the client that's the subject of this petition for review? It's not just the Veterans Law Group, but also client veterans who have been deprived of— Who is the client? The client— What's the name of your client who is aggrieved by this letter? Your Honor, the Veterans Law Group is aggrieved by this letter because it's been denied the opportunity to participate in the rulemaking process. The Veterans Law Group also has many clients who do have applications— Wait a minute. We have here a letter, circular maybe I should call it, that was extant for about six days. What member of the Veterans Law Group or what client of the Veterans Law Group was harmed by that letter being in effect for less than a week? Your Honor, there's a premise to that question, which is that the rule would never come back. I mean, the rule has been— No, no, no, no. I'm not talking about recurrence. I'm talking about the fact that a person to have a right of review under Section 702 of the Administrative Procedures Act, incorporated by reference in the statute that you say grounds your ability to be here, namely Section 502, says the person has to be aggrieved. Who has been aggrieved by this letter? What member of your law group, what client has been aggrieved by this letter that was in effect for six days? Your Honor, there's two injuries. One is the denial of the opportunity to participate in— I'm asking a question of who? You're giving an answer of what? The Veterans Law Group. Who in the Veterans Law Group— Mark Lippman is the attorney who— How was Mark Lippman harmed by the existence of this letter for a period of six days a year and a half ago? Because he was denied the opportunity to participate in the rulemaking process. And that—the Supreme Court has explicitly recognized that as sufficient for injury in Lujan v. Defenders and Wilder. There was no rulemaking process. That is the harm that we're—that is the wrongful action that we're alleging. That's what we believe is unlawful, and that's what has harmed the Veterans Law Group, one of the harms to the Veterans Law Group. And I think it's important, going back to your earlier question, to talk about—you mentioned the six days that this rule was in effect. It was suspended six days after it was issued, but it was only suspended. And as this Court recognized in Roe v. Department of Defense, a suspension is not a repeal. A suspension is temporary. It's not permanent. And it's certainly not enough to move this case under this— I thought that Ms. Sabala ordered the letter withdrawn from every regional office. Your Honor, that's correct. That's incorrect. We can't even agree on what happened here factually, I guess. No, I don't believe so. So you're saying the letters are still out there and they're still operative, but they're just temporarily suspended? The direction to the regional offices was that the directive would be suspended pending alternative guidance. And again, that only aggravates the underlying injury. The injury is the exclusion. Let me ask you this. Is there any case you know of ever where that letter was applied to a Veteran? Ever. Any Veteran. Your client or any Veteran. No, I do not. If it's never been applied, how could somebody have been harmed by its existence for six days or any time after that? Because they continue to be excluded from the process by which the Secretary is going to decide how to correct the payment variances that have been identified across the country. These variances, the study that the Inspector General began in the first place, was prompted by concerns over Veterans and their representatives. Yeah, but you have to help us because we're limited by the Constitution. We're prohibited from giving advisory opinions. We're limited to live cases or controversies which are defined, I think it's fair to say, but you can of course disagree, to where somebody has been aggrieved by an action of a government official. I can't find in anything you say or anything in your brief one human being who can say that he's been aggrieved by this letter. Your Honor, a lot of times— Nobody was denied benefits because of this letter. Nobody was granted benefits because of this letter. No decision affecting any benefits has been made based on this letter. Your Honor, the application of the rule is not the only injury. There is a right to participate in the rulemaking process that has been recognized by the Supreme Court in Lupon. Well, of course, of course, but that assumes that this is a rulemaking process. It doesn't look like, to me, it has any of the earmarks of rulemaking. It looks like housekeeping. I believe that it's actually a very legislative type process where a statistical study is commissioned to look at payment patterns across the country, and then an attempt is made to derive conclusions from that study. The letter just says two people have to look at certain kind of decisions. Why isn't that within the management prerogative of the head of the agency? Why couldn't the Secretary have said five people have to look at it? Or a person at least of the level of X has to look at it. Why isn't that internal management? Because it is not a rule that applies to all claims that are requested. It doesn't make any difference. If the Secretary decides that a certain kind of case is unusually difficult, why isn't it within his management prerogatives to require a higher level official to review that particularly difficult class of cases? Just because other classes of cases that are simpler don't merit that kind of review doesn't somehow make it other than a management internal decision, which is none of the business of any of us veterans. Your Honor, I believe the Belmont Review Program cases are directly on point in responding to that question. This program or this second signature rule attempted to accomplish the exact same objective. Here as there, there were variances in the amounts that were paid. Here as there, no substantive eligibility criteria were changed. Here as there, what was implemented was a procedure to ensure consistency and accuracy. In the courts in those cases, you normally found that that was a substantive rule. It was designed, intended, to impact the amount of money that was paid to the veterans. Well, that's what you say. We don't have any record proving that that's true. That's just your guess, your opinion, your something. How can we act on the basis of that? Your Honor, I believe it's right there in the record. It's in the very first paragraph of the circuit that lays out what the purpose of the circuit there is and what it's responding to. It's trying to correct for a perceived payment variance across the country for certain claims. Doesn't it matter that when the benefits are granted, they get the benefits and that's it? If they're denied, there is an administrative and judicial review that the person, the veteran, suffering the denial can pursue. Correct. So there are two different categories of cases. And it wouldn't make sense to try to be as certain as possible on the granting of the benefit because whatever they say is what they're going to have probably indefinitely, or at least until the condition improves that that happens. And I think that there you run up against a statutory scheme that essentially denies the secretary review of grants. And to the extent that the secretary is here trying to obtain an appellate process that Congress has not allowed it, that would be in addition to a violation of due process. It would make this more inconsistent with the statutory scheme. But it also, I think it hits right on the due process issue. Because you are targeting grants of benefits rather than denials of benefits, because you are targeting 100% scheduled ratings and individual unemployability determinations, high value determinations, you're stamping those determinations with essentially a seal of suspicion. You're setting those determinations aside for additional scrutiny. That tips the balance. That undermines the independence and impartiality of the decision for the exact same reasons that the courts recognize that the Dunlop Review Program did. Mr. Graham, you didn't author the brief in this case. Mr. Lipman did. Correct, Your Honor. I assume you've entered an appearance in this appeal? Yes, I have. When did you do that? Three weeks ago or two weeks ago, Your Honor. Mr. Lipman was unable to travel out here for the argument. You're a member of his firm? No, I'm not, Your Honor. I'm an associate at Wiley Ronnie Fielding. I see. Are you arguing on a pro bono capacity? Correct, Your Honor. But I guess you're, I'll say, stuck with the brief of Mr. Lipman because there's no other brief and you didn't petition for an opportunity to file any supplemental brief that I know of, did you? No, I did not. So you're willing to stand on the blue and gray briefs of Mr. Lipman? That I am, Your Honor. The case that you pointed out to me that you felt created a very tight analogy with this case, is that case in his brief? W.C. v. Heckler is one of the primary cases that we cite that discusses the Belmont Review Program. That's a district court case? It is a district court case, Your Honor. And there are two other district court cases. Do you have a circuit court case that you consider significantly supportive of your position that this process, I'll call it, this circular, was the equivalent of a formal rule or regulation? Your Honor, we've cited two D.C. circuit cases that don't involve similar facts or a similar program, but we believe they really lay out the test. They lay out the substantial impact test. But again, you're talking about the cases cited in the blue brief? Yes, Chamber of Commerce, Batterton, and American Association of Hospitals. Let's hear from the government, and then we'll restore a little bit of rebuttal time to you because this is a complicated, important, difficult sort of case. Mr. Hockey, welcome. Please proceed. May it please the Court. I guess I'll first address the action of the Secretary issue. And to attempt to address the Court's letter of last night, our position, I think, as we make our brief in Section 3, is that this Court's decision to paralyze veterans of America would indicate that actually an issue here falls outside of this Court's jurisdiction to review the 552A1 and 553 Title V areas that Section 502 of Title 38 provides this Court with jurisdiction to review. Mr. Hockey, is there any change in the status, or is the Department presumably waiting to see what happens on this appeal? Actually, Your Honor, the Department is not waiting to hear what happens on this appeal, but it has not made any change at all as indicated. No revision? No rulemaking notice? There's been no revised notice, and in fact there may never be any revised notice. I think what happened is after the revised notice was issued, both people within the agency and listening to comments from outside the agency, the agency became aware of the fact that the issue was a little more complicated than perhaps they thought, and so they're reviewing what steps they should take, if any, in this area. But it's been, what, a year? It's been, closing in on you, 10 months, Your Honor. 10 months and still no decision made as to what change in process for these types of benefits should occur? We understand that. In fact, there's no schedule now for the issues of any kind of revised directive. Now, there are other, I should say, overall, as you're aware, from reading the briefs and some of the documents associated with it, there are other steps that were suggested by the IG, which the Dutchman's Department has taken. Well, let's not get too far afield. We have a very specific 502 petition for review that focuses on a singular letter by Mr. Cooper called a circular, and the question is whether that document fits in 5 U.S.C. 552 A.1. And to do so, for one thing, it seems to be required by the language of the statute that it be a matter that is needed for the, quote, guidance of the public, end quote. It's written in the preparatory language of 552 A.1. And I would be inclined at first blush to think that who or how many people have to sign off on a particular benefit decision would not be a matter requiring guidance of the public because it seems like it's an internal matter between the Secretary and his minions. Yes, we would agree, Your Honor, that not only that, I would actually continue and say beyond the language contained in 552, if you wanted to look toward the definition section of the APA 551.4, which defines rule, we could go through that, and I think we could say that although this was a statement of applicability to the minions, it did not prescribe or implement or interpret any law or policy. It doesn't even describe the organization or procedures of the organization. And when you go on, the next phrase would be more practice requirements. Well, then you have a question. Is this rise to the level of the concern here being identified in the definition of rule? But then you note that that was further defined by the language after it, which begins with and includes the approval or prescription for the future of rates, wages, corporate or financial structures. And you're getting into an area of personality and agency. Would you agree that if the circular had changed the criteria for awards, that it might qualify as a rule or regulation? I think there. Even if it's called a circular. I think there. Yeah, I think that you would cross that line. Lefevre, this court's decision on Lefevre. So the line then has to do with what? The tests for awards? Well, I think the way that the issue arises before the court is often a challenge to an action of an agency or, in this case, not in this case a secretary, but assuming it was an action of a secretary. No, in this case, what rewording of this circular would have pushed it into the APA reviewable category in your view? I think if it made any attempt to interpret or legislate existing laws relating to post-traumatic stress disorder claims, which it does not. In fact, the document plainly states that the existing laws – all it's basically saying is you need a second pair of eyes to determine whether the existing laws are properly applied. So it's not only – I mean, it's explicit on the face of the circular that there is no attempt being made here to interpret or to fill a gap, as would be the case in a situation which the court, I would think, could step in and say, wait a minute, you're getting into the area where the APA has prescribed or provided us with… Although it is substantively pretty clear what the point of this is. Right. And the point is to make sure that they don't have too many generous benefit determinations. And they're not looking at the denials, even though there are these other procedural advantages that the federal may have. They're not looking at those to see if there may be too niggardly. Well, I understand that observation, Your Honor. I mean, I hearken back to your comment earlier, and I understand the interplay. But now that I'm up here, you might want to ask the question differently. But I would point out that, again, as far as what the Secretary was considering at the time – or not the Secretary, but the VBA, the Veterans Benefits Association folks – they were aware of the fact that, to the extent there was a mistake in denying benefit, a process, a due process exists. It's the whole Veterans Benefit System exists by which other folks can come in and correct those types of errors. What was happening here was the VA Inspector General had identified this type of claim to be susceptible to errors in the granting of awards. So the VA reacted by trying to make sure that there were no errors in the granting of awards. And it did so not by, as in the Belmont cases, the heckler cases that were contained in Veterans Law Group's briefing and referred to by counsel at the end of his argument this morning. It did so simply by making sure that all the I's were dotted and T's were crossed. It did not go into that other area in which the Belmont program did, which was found to run afoul by both the District Court and the Court of Appeals. And to tangentially respond to your comment earlier, Judge Mischel, Chief Judge Mischel, we do rely not only on the District Court case in Belmont and refuting the Belmont argument, but the Circuit Court in Belmont specifically distinguishes between the two aspects of the Belmont program by noting that the mere quality assurance aspect of the Belmont program just had to do with procedures, and they didn't find any problem with that. Rather, it was the quota aspect where by ALJs had to meet a certain quota that perhaps had a chilling effect on the issuance of decisions. But in this case, there is no quota. Nothing in this circular tells the VA rater who's doing the rating that he has to keep his award decisions within some sort of threshold. Moreover— No, it's not written down. Well, I would add further, though, Your Honor, I think that the only implication or inference that can be drawn from this circular, given that, in fact, it does not even require a superior to provide that second review. It only requires a person of equal competence. So, in other words, it's not like I have to—I'm the rater, and I write up my decision, and I have to run down the hall to my big boss and say, is this okay? I go next door to the next cubicle and say to my colleague, who I'm having lunch with, can you look over this and tell me, is this okay with you? So there's absolutely nothing about this guidance that would, I think, have any reasonable impact or effect upon the rater when he's making a decision. Mr. Hockey, what is the appellate decision on which you principally depend? Well, as far as refuting the Belmont argument? Yes. The Belmont court of appeals decision reviewing the district court order, which was cited in the petitioner's brief. And I think if I— I'm looking at your brief, and I'm trying to identify which of these cited cases is the one that you're relying on apparently very heavily. Well, I'm— I don't see it in here. Oh, in my initial quote. I'm just looking at your table of cases. I'm trying to find the appellate decision that you're referring to. Well, it's the same case, the W.C. Heckler case, and it was affirmed in 807, Fed Second. OK, so you're— 1802, 1987. OK. So— So that's the answer, 807, Fed Second. Yeah, and I reviewed that decision in this brief, and that would be what I would direct the court to. Now, if this is not a rule or regulation that falls within the statute for purposes of review now, I presume the practice, if this is reissued in a substantial and sane form, the practice could be challenged through the benefits, appeals, profits process. Well, I think that— If someone were to allege and establish or attempt to establish that a rating of debt benefits were lowered as a result of this process and that the people who do it have felt the urge to do it because of other eyes upon them and so forth, whatever the arguments could be, could be challenged through that process and get here that way, right? I think—and, in fact, I think, as you're aware, the court has indicated that in the paralyzed veterans case at 308 F. Third, which, again, in a similar situation, indicated that what we'll call a naked challenge to the regulation, which would be typical of a Title V challenge, wasn't going to withstand scrutiny, but that should a veteran, in the course of challenging a claim determination, find some effect by reason of this policy, they would be able to raise it in that setting. And it seems that 502, provided you get behind, you know, by the secretary aspect, which Judge Michelle raised earlier, provides— Well, doesn't everybody in the department act on behalf of the secretary? Well, I think that you're getting into agency relationships, but clearly the secretary is the person in charge of the agency who delegates certain authority to his subordinates. Well, they only have the authority that—presumably it's been delegated one way or another. The responsibility is in the agency, the department has. I think the relevancy, Your Honor, of trying to distinguish between the actions of the secretary versus maybe these lower-level things falls within the overall interplay that we were discussing earlier with respect to when should a court get involved in determining whether A, 552A1 publication, final publication, was required, or whether 553 notice of comment procedures were required. So I think it's relevant overall, but I would agree that, you know, as long as you're acting within the course of your responsibilities, you are acting in the interest of the secretary. But this isn't just a lower-level employee, this is an undersecretary. As I understand the hierarchy, that's directly below the secretary, and an undersecretary assigned a particular area of benefit, so we're not just talking about some low-level person. And I would expect that many serious and important actions of the secretary might very well be signed by the undersecretary responsible for that area. Are you nonetheless relying on the fact that this wasn't signed by the secretary himself? No, I don't think so, Your Honor. I think what we're suggesting is that in trying to determine the scope of this court's jurisdiction over a 502 challenge, all of these things are relevant. And looking at them all together to include the type of action that took place, who issued it, what does it affect, all of these things are relevant in the question the court faces, which is do we have jurisdiction to even review this particular action. And again, I would go back to the definition of the rule in 551, Title V. I'd go back to the fact that this has absolutely no substantive effect, or even an attempt to interpret any existing law. In fact, I'd go back to the four corners of the circular itself. And we haven't had any identification for us which would indicate that this is anything other than some sort of internal housekeeping measure. But are you saying that because this was not called a rule, or to put it the other way, if it had been called a rule change, Not at all, Your Honor. there'd be no question. Not at all. That it's reviewable, is that right? Absolutely. Absolutely the court is not bound by the definition provided by the agency. So the agency could call it anything it wanted, and the court is fully authorized to go in there and determine what it really is, which is what I'm saying is that it's all part of the analysis, and the court has to determine. Well, we don't need to adopt what the agency has described here. We have to make our own determination. And when you do that in this case, your only conclusion can be that this is an internal housekeeping measure. Mr. Hockey, do you have a co-counsel on this case from the Veterans Department? I do, Your Honor. Is that the gentleman seated at your table? Yes, he is here as well as several others. I'll make a suggestion to you outside the scope of this case and arguably outside the scope of my duties, but if I were the agency and I was about to re-promulgate a circular on this subject, I think I would feel very well advised to consult with my litigating counsel, that is the Department of Justice, because otherwise we'll all just be back here some future day arguing about exactly where the line is to be drawn, and we'll spend a lot of time, maybe, that could be avoided if the lawyers all get together and act in a very careful lawyer-like way. Well, Your Honor, I can say for our part that, obviously, we've had discussions about this issue in preparation for this argument, and to just conclude, as I pointed out at the very beginning, I think in response to Judge Linder's comment, the agency has no immediate plans to do anything about this. All right. Now, Mr. Graham, you exhausted your time, but we also asked you a lot of questions, so if you have up to two minutes of rebuttal, we'll hear it. I appreciate that, Your Honor. Following up on your last question, the APA creates a process by which the agency can engage in this decision-making and enjoy quite a considerable amount of deference from the courts. All it has to do is open it up to the public for notice of comment. Then the decision is entitled to deference and can be challenged only if it's arbitrary and capricious and not in accordance with the law. This is not a high burden. This is not an enormous undertaking that we're asking. What's your answer to Mr. Hockey's challenge that under 551, the definitional section, this circular, any way it could be read, can't be equated with a rule? Well, I'm just not sure I understand his reading of the statute. At the very least, I mean, he conceded, if I heard him correctly, that it is an agency statement of general or particular applicability in future effect. Then he went on to say that it is not something that describes the organization, procedure, or practice requirements of the agency. And I just don't see how it cannot be at least that. I argue that it's much more. But it is at the very least a rule, something that describes the organization and procedure of the agency. It prescribes the process by which the department will adjudicate claims for 100% scheduler ratings, service connections for post-traumatic stress disorder. Where does it end, Mr. Graham? If any internal document dealing with process meets the definitions of 551, then every such document would be under the APA and therefore subject of a petition for review under 502. It's hard to imagine any piece of paper issued at any of the upper levels of the Veterans Department on any subject touching on process for adjudicating claims that wouldn't then be reviewable under 502. And, Your Honor, unfortunately as a result, that's why this is a very highly litigated area of administrative law. Whether something had to be done through a rule or could be done through a substantive rule or an internal director, unfortunately there is no clear line. The test is to look at the substantial impact. And that requires the court's analysis to focus outside of this. How can we do that? Here's a rule that was apparently never applied. You talk about substantial impact. How can we as a court of appeals, with zero fact-finding, fact-gathering capacity, look at a 502 petition and decide anything in a rational, informed, logical way? We have no idea what the facts are. It's pure speculation what the motives of the Secretary or Undersecretary Cooper or anybody else are in this case. You have your opinion, I could have my opinion, anybody could have his or her opinion, but it's all pure speculation. We have no record. We have no evidence. We have no any foundation for reviewing this petition other than to look at the face of Undersecretary Cooper's circular and say, is that a rule or is that not a rule? And then that tells us the answer in the case. I think you can absolutely look at the circular and determine what it was that the Secretary explicitly wanted to accomplish. That is in black letter on the circular. It unquestionably is going to have a substantial impact if, in fact, the circular is effective in reducing payment variances across the country. So the test, and getting back to the balance that the APA strikes between the need for public involvement and participation in the decision-making process on the one hand and the agency's internal interest in managing its own procedures, here that balance has to weigh in favor of petitioners because what's at stake are dollar amounts that are going to be paid. And in weighing that balance and making that balance, which is required under the case law in the Chamber of Commerce case that we cite, as well as other D.C. Circuit cases, the court should be mindful, I submit, of the fact that this is veterans' law, where this court has held in Hodge v. West that the appearance of fairness carries great weight. The system has to be upheld. And here the appearance is not of an agency caring for disabled veterans. It's of an agency protecting its bottom line. The appearance is of an agency that's determined that certain claims are inherently suspicious and potentially fraudulent. I think we understand editorial or policy or public relations dimensions of this without belaboring it. You've used up more than the re-awarded time. I appreciate the argument of Mr. Hockey, who's become kind of an expert in veterans' law. I appreciate your argument trying to help us make the correct decision in this case. I don't know if you're on a roster of people doing pro bono veterans' work, but hopefully so that you are and others will be, and we'll see more help for veterans not only from higher counsel, but where necessary from pro bono counsel. I personally think it's very beneficial and appropriate and praiseworthy that your law firm is apparently supporting you in this pro bono effort that you're making, and I hope we'll see you and others like you back here frequently. It'll be beneficial to the court and to veterans. Thank you, Your Honor. I apologize for a second. Thank you both for your argument. We'll take the case under advisement. The Honorable Court has adjourned until this afternoon at 2 p.m.